IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | Nos. 14-323-2 |
| **DONALD WOMACK, SR.** | : | 14-496-2 |
| | : | |

## ORDER

This 21st day of April, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, docketed in both actions, ECF 1235 and 303, is **DENIED**.

       /s/ Gerald Austin McHugh
    United States District Judge