**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **No. 14-323-2** |
| **DONALD WOMACK, SR.** | : | **No. 14-496-2** |
| | : | |

## <u>ORDER</u>

This 1st day of April, 2025, for the reasons set forth in the accompanying

Memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to § 2255, filed under

two dockets, ECF 1402 in case no. 14-323-2 and ECF 350 in case no. 14-496-2, is **DENIED**.

There is no basis for the issuance of a certificate of appealability.

.

   /s/ Gerald Austin McHugh
United States District Judge